UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANGIE MAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-309 |
| ) | (VARLAN/SHIRLEY) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, Plaintiff Angie Y. Mayes's Motion For Summary Judgment [Doc. 13] is hereby **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 18] is hereby **GRANTED**; Defendant Commissioner's decision in this case denying plaintiff's claim for supplemental security income is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE